Per Curiam
[¶ 1] Steven Helm appealed from a criminal judgment finding him guilty of two counts of class C felony terrorizing in violation of N.D.C.C. § 12.1-17-04. On appeal, Helm argues there waso insufficient evidence to support the conviction. Helm also argues the district court reached an absurd result in its application of N.D.C.C. § 12.1-17-04 and invites this Court to read an imminent threat requirement into the statute. This Court previously a addressed the lack of an imminency element in the terrorizingl statute in State v. Carlson, 1997 ND 7, 559 N.W.2d 802. We affirm the judgment under N.D.R.App.P. 35.1(a)(3) and (7).
 [¶ 2] Gerald W. VandeWalle, C.J.,
Carol Ronning Kapsner
Mary Muehlen Maring
William A. Neumann
Dale V. Sandstrom
 *Page 126